UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YOSHA ELLIS,

    Plaintiff,

    v.

STARBUCKS CORPORATION,

    Defendant.

Case No. 15-cv-3451-PJH

**ORDER VACATING HEARING DATE**

Having determined that oral argument is unnecessary, the court hereby VACATES the December 9, 2015, date noticed for the hearing on defendant Starbucks Corporation's motion to dismiss the complaint. The court will decide the motion on the papers.

**IT IS SO ORDERED.**

Dated: December 3, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge